**SEALED**

KIMBERLY A. SANCHEZ
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**

**Aug 05, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-mj-00068-CDB |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION TO SEAL CASE; [PROPOSED] ORDER |
| JOAN OBE ESTRELLA, | |
| Defendant. | **Filed Under Seal** |

　　　　The government moves the Court to order that the criminal complaint, arrest warrant, and all other documents filed in this case be sealed until further order of the Court. The defendant is currently out of custody. Accordingly, there is good cause to seal these documents because premature disclosure may give the defendant the opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution.

Dated: August 1, 2025

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney