**FILED**

Aug 06, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-MJ-00068-CDB |
| Plaintiff, | ORDER TO UNSEAL CASE |
| v. | |
| JOAN OBE ESTRELLA, | |
| Defendant. | |

    Good cause appearing due to the Defendant's pending initial appearance in this case, it is ordered that the Complaint and all other filings in the case be unsealed.

IT IS SO ORDERED.

Dated: __August 6, 2025__          _____

UNITED STATES MAGISTRATE JUDGE